IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY LEWIS JARRETT                                              PETITIONER
ADC #112009

V.                              NO. 5:03CV00364 SWW

LARRY NORRIS, Director,                                          RESPONDENT
Arkansas Department of Correction


<u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 27th day of January 2006.



<u>/s/Susan Webber Wright</u>


UNITED STATES DISTRICT JUDGE