IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY LEWIS JARRETT                                                          PETITIONER
ADC #112009

V.                                   NO. 5:03CV00364 SWW

LARRY NORRIS, Director,                                                      RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 27th day of January 2006.


                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE